UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM HOFFMAN AND BRANDI       JUDGE: _____
HOFFMAN, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR CHILD, C.H.

VERSUS                        CIVIL ACTION NO: _____

DR. JOHN T. LINDSEY AND
HOUMA OUTPATIENT SURGERY
CENTER, L.L.C.                 MAGISTRATE JUDGE: _____

---

## COMPLAINT FOR DAMAGES

NOW COMES, through undersigned counsel, WILLIAM HOFFMAN AND BRANDI

HOFFMAN, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, C.H.

("Plaintiffs"), both persons of the full age of majority domiciled in the State of Mississippi, who

assert their claim for damages as follows:

1.

Made defendants herein are:

A.     JOHN T. LINDSEY, MD, a plastic surgeon, practicing within his
        specialty in Jefferson Parish, Louisiana, and who at all material
        times, is believed to be a private company whose principle place of
        business is located at 4228 Houma Boulevard, Suite 500, Metairie,
        Louisiana, 70006-3014; and

B.     HOUMA OUTPATIENT SURGERY CENTER, L.L.C., a
        domestic limited liability company providing healthcare service in
        the Parish of Jefferson, State of Louisiana, and whose principle
        place of business is located at 3717 Houma Boulevard, Suite 300,
        Metairie, Louisiana, 70006.

2.

This claim for medical negligence was timely submitted to the Louisiana Patient's

Compensation Fund wherein JOHN T. LINDSEY, MD ("DR. LINDSEY") and HOUMA

OUTPATIENT SURGERY CENTER, L.L.C. (hereinafter referred to as "SURGERY

CENTER"), were named as defendants.

3.

An Opinion was rendered by the Medical Review Panel under PCF No. 2009 - 00114

and served upon undersigned counsel for Plaintiffs in accordance with the Louisiana Medical

Malpractice Act on or about November 23, 2010.

4.

The defendants named herein are justly and truly indebted unto Plaintiffs for the injuries

and damages set forth herein as a result of the defendants negligent acts, and otherwise deviation

from the accepted standard of care.

5.

On or about January 30, 2008, C.H., a four (4) year old child, was caused to suffer severe

and permanently disfiguring injuries as a result of a negligently performed nevus sebaceus

(birthmark) surgical excision procedure on her chin and neck performed by defendant, DR.

LINDSEY, on the premises believed to be owned and operated by the SURGERY CENTER in

Metaire, Louisiana

6.

Said negligently performed procedure resulted in severe skin contracture of C.H.'s lip,

chin and neck.  Such contracture caused her lip to pull down resulting in incomplete lip

competence, as well as severe tethering of the midline of the neck pulling the mandible down and

preventing full neck extension.

7.

Said deviation from the standard of care and/or negligence, resulted in injuries and

damages to C.H. and was a direct and proximate result of this negligence of defendant, DR.

LINDSEY, in the following non-exclusive particulars:

    A.    Failing to comply with the accepted standard of medical care expected as a surgical physician under the same or similar circumstances regarding the surgical procedure forming the basis of this litigation;

    B.    Failure to provide appropriate and necessary care to Plaintiffs;

    C.    Negligent performance of nevus sebaceous excision procedure;

    D.    Failure to perform Z – Plasty procedure;

    E.    Failing to perform the surgical procedure described herein within the accepted standard of medical care;

    F.    Insufficient training and/or experience to perform face and neck nevus sebaceous excision procedure;

    G.    Failure to obtain appropriate informed consent;

    H.    Failure to adequately explain risks and potential side effects of procedure;

    I.    Negligently performing a procedure in which defendant knew, or should have known, would result in permanent scarring and disfigurement;

    J.    Any and all other acts of omission and/or commission on the part of the defendant which may be determined through discovery.

8.

Said negligence resulted in injuries and damages to C.H., all of which were a direct and

proximate result of the negligence of defendant, SURGERY CENTER, its employees, agents or

other persons for whom it is responsible in the following non-exclusive particulars:

    A.    Failure to provide a safe environment for Plaintiffs;

    B.    Failure to appropriately monitor and provide adequate and necessary care to Plaintiffs;

    C.    Failure to exercise the requisite amount of care toward Plaintiffs in light of her physical condition;

D.   Failure to institute adequate policies, procedures and equipment to safeguard and prevent injury to Plaintiffs

E.   Failing to have the appropriate medical personnel and/or medical equipment, policies and procedures;

F.   Negligent supervision;

G.   Negligent training;

H.   Any and all other acts of omission and/or commission on the part of the defendant which may be determined through discovery.

9.

The SURGERY CENTER is liable under the *doctrine of respondeat superior* as a result of the actions and/or inactions of its nurses, physicians, personnel, employees and/or agents thus, causing and/or contributing to the injuries and damages to C.H..

10.

Plaintiffs, WILLIAM HOFFMAN and BRANDI HOFFMAN, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, C.H., were caused to suffer serious and permanently disabling injuries as a result of said incident.  Accordingly, plaintiffs itemize damages as follows:

A.   Medical expenses; past, present and future; in an amount reasonable in the premises;

B.   General damages for C.H., including physical pain, suffering, disability, mental anguish, loss of enjoyment of life (past, present, and future) in an amount reasonable in the premises;

C.   Permanent scarring and disfigurement; and

D.   Damages for the Parents of C.H., WILLIAM HOFFMAN and BRANDI HOFFMAN, as may be allowed pursuant to Louisiana Law.

11.

The negligent actions of defendants, DR. LINDSEY and the SURGERY CENTER, its

employees, agents or other persons for whom it is responsible were the proximate cause of the injuries sustained by C.H.

12.

This Honorable Court has jurisdiction and venue due to diversity of the parties pursuant to 28 U.S.C. 1332 as the Plaintiffs reside in the State of Mississippi.

13.

Pursuant to the above described damages, Plaintiffs request a sum of not less than Seven Hundred Fifty Thousand and No/100 ($750,000.00) Dollars.

14.

Plaintiffs specifically object to the Louisiana Medical Malpractice Act and the mandatory utilization of a Medical Review Panel as this violates the equal protection and due process provisions of the United States and Louisiana Constitutions.

**WHEREFORE**, Plaintiffs, WILLIAM HOFFMAN AND BRANDI HOFFMAN, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, C.H., pray that the Defendants, JOHN T. LINDSEY, MD and HOUMA OUTPATIENT SURGERY CENTER, L.L.C., be served with a certified copy of this Petition for Damages and thereafter, judgment be rendered herein in favor of Plaintiffs and against the Defendants jointly, severally and in solido, in a sum not less than Seven Hundred Fifty Thousand and No/100 ($750,000.00) Dollars, together with legal interest thereon from date of judicial demand until paid, all costs of these proceedings.

AND ALL OTHER RELIEF SOUGHT HEREIN.

Respectfully submitted:

_/S/ JOSEPH R. JOY, III_
JOSEPH R. JOY, III (#-7575)
JOSEPH JOY & ASSOCIATES
900 South College Road, Suite 204
P. O. Box 4929
Lafayette, Louisiana 70502
(337) 232-8123 - Telephone
(337) 235-5629 – Fax

AND

_/S/ NICHOLAS A. BLANDA_
NICHOLAS A. BLANDA (#29093)
ANDERSON & DOZIER
P.O. Box 82008
Lafayette, LA  70598-2008
(337) 233-3366 – phone
(337) 233-3163 – fax

***Attorneys for Plaintiffs, WILLIAM HOFFMAN
AND BRANDI HOFFMAN, INDIVIDUALLY
AND ON BEHALF OF THEIR MINOR CHILD,
C.H.***