WALTER F. MARCUS III
900 PENISTON STREET
NEW ORLEANS, LOUISIANA 70115
(504) 899-9098
Fax (504) 895-5818

November 23, 2010

Ms. Mordock
Mr. Niles

Re: Hoffman vs. Dr. Lindsey, et al
PCF File No.: 2009 – 00114

Dear Counsel:

Because the panel ruled in your favor the costs of the panel are split between the parties. Please make checks payable to the following and send directly to each person.

| | |
|---|---|
| Walter F. Marcus III | $2300.00 Social Security Number- 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 $1150.00 each |
| Dr. Black (See enclosed statement) | $300.00 total $150 each |
| Dr. Moses (See enclosed statement) | $300.00 total Same as Above |
| Dr. Church (See enclosed statement) | $300.00 total Same as Above |

Thank you. I look forward to working with you in the future.

Very truly yours,

Walter F. Marcus III

*[handwritten note: Hrs Margaret / Obtained payment]*

# LAMMICO MEDICAL REVIEW PANEL INVOICE QUESTIONNAIRE

THE FOLLOWING INFORMATION <u>MUST</u> BE FURNISHED ALONG WITH ATTORNEY CHAIRMAN AND PANEL MEMBER INVOICES IN ORDER TO AVOID ANY UNNECESSARY DELAYS IN PAYMENT. IF A PANEL MEMBER OR ATTORNEY CHAIRMAN DESIRES PAYMENT IN THEIR INDIVIDUAL NAME, THEIR SOCIAL SECURITY NUMBER MUST BE FURNISHED. IF A CORPORATE TAX ID NUMBER IS FURNISHED, LAMMICO'S CHECK WILL BE MADE PAYABLE TO THE CORPORATION.

DEFENDANTS: Dr. Lindsey    PATIENT: Hoffman

ATTORNEY CHAIRMAN: WALTER F. MARCUS, III
TELEPHONE NO: 900 PENISTON ST.
PAYEE: NEW ORLEANS, LA 70115
PAYEE'S FEDERAL TAX ID#: 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
PAYEE'S ADDRESS: 899-9098

For LAMMICO Internal Use Only:
AMOUNT OF INVOICE:_____
PAYMENT CODE:_____
APPROVED:_____
DATE APPROVED:_____

PANEL MEMBER: Elliot Black
TELEPHONE NO: 883-8900
PAYEE: EB
PAYEE'S FEDERAL TAX ID#: 72-0894943
PAYEE'S ADDRESS: 4228 Houma Blvd. #100
Met, La. 70006

For LAMMICO Internal Use Only:
AMOUNT OF INVOICE:_____
PAYMENT CODE:_____
APPROVED:_____
DATE APPROVED:_____

PANEL MEMBER: John Church
TELEPHONE NO: 895-4561
PAYEE: JC
PAYEE'S FEDERAL TAX ID#: 72-0917727
PAYEE'S ADDRESS: 3525 Prytania St.
NOLA 70115

For LAMMICO Internal Use Only:
AMOUNT OF INVOICE:_____
PAYMENT CODE:_____
APPROVED:_____
DATE APPROVED:_____

PANEL MEMBER: Michael Moses
TELEPHONE NO: 895-7200
PAYEE: MM
PAYEE'S FEDERAL TAX ID#: 72-1145644
PAYEE'S ADDRESS: 1603 2nd St.
NOLA 70130

For LAMMICO Internal Use Only:
AMOUNT OF INVOICE:_____
PAYMENT CODE:_____
APPROVED:_____
DATE APPROVED:_____

PERCENTAGE OF PANEL CHARGES OWED BY EACH DEFENDANT: ____%

j:\attyinv.tax

P. Sugar

# INVOICE FOR MEDICAL REVIEW PANEL

895-4561 Rose

NAME: John Church

ADDRESS: 3525 Prytania St

NOLA 70115

PHONE NUMBER: 895-4561

FAX NUMBER: 895-8529

E-MAIL:

AMOUNT DUE: $300

TAX I.D OR SOCIAL SECURITY. NO.: 72-0917727

*P. Surgera*

*Tax ID?*
*Please fax back - 895-5818 - Walley, Marcus*

# INVOICE FOR MEDICAL REVIEW PANEL

NAME: *Elliott B. Black*

ADDRESS: *4228 Houma Blvd. Suite 100*

*Metairie, La 70006*

PHONE NUMBER: *(504) 883-8900*

FAX NUMBER: *(504) 883-8901*

E-MAIL: _____

AMOUNT DUE: $300

TAX I.D OR SOCIAL SECURITY. NO.: *727659*

*tax ID*
*72-0894943*
*Elliott Black, III, MD*

# INVOICE FOR MEDICAL REVIEW PANEL

NAME: Michael Moses, MD

ADDRESS: 1603 Second St.
New Orleans LA 70130

PHONE NUMBER: 504-895-7200

FAX NUMBER: 504-895-9710

E-MAIL: Michael@drmoses.com

AMOUNT DUE: $300

TAX I.D OR SOCIAL SECURITY. NO.: 72-1145644